# Order

Michigan Supreme Court
Lansing, Michigan

July 18, 2007

133397

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

THOMAS PAUL HICKS,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133397
COA: 262567
St Clair CC: 04-001965-FH

On order of the Court, the application for leave to appeal the January 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk

t0711